PD-1189-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/30/2015 6:22:55 PM
Accepted 10/1/2015 9:10:04 AM
ABEL ACOSTA
CLERK

**No. PD-1189-14**

**In The**

**Court of Criminal Appeals**

**Of The State of Texas**

**Austin, Texas**

---

**FRANCHESKA V. JAGANATHAN,**
**Appellant**

**vs.**

**THE STATE OF TEXAS**

---

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Francheska Jaganathan, Appellant in Cause Number No. PD-1189-14 before this Court, and asks this Court to permit the extension of time to file her Motion for Rehearing, pursuant to Texas Rule of Appellate Procedure 79.6, and for good cause shows the following:

1.      Appellant hereby requests leave of the Court to extend the time to file the Motion for Rehearing. The current deadline is October 1, 2015.   No previous extensions to file the Motion for Rehearing have been requested or granted.

2.      Undersigned counsel was preparing for trial in an attempted capital murder case that was set for trial this week before being continued at the last minute.   Undersigned counsel has spent significant time preparing for this trial and is unable to complete the Motion for Rehearing in the above matter by the deadline.

3.      Additionally, counsel was in felony trial in Jefferson County District Court during most of the week of September 14, 2015. These two previous engagements in addition to

numerous unexpected engagements this week detracted a significant amount of time from preparing the Motion.

4.     Undersigned counsel respectfully requests a 15 day extension of the deadline.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion for Extension of Time to File the Motion for Rehearing and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,
THE GERTZ LAW FIRM
2630 Liberty St.
Beaumont, Texas 77702
Tel: (409) 833-6400
Fax: (409) 833-6401


/s/ *Ryan W. Gertz*

By:

Ryan W. Gertz
State Bar No. 24048489
Attorney for Francheska Jaganathan


## CERTIFICATE OF SERVICE

This is to certify that on September 30, 2015, a true and correct copy of the above and foregoing document was served on the following by facsimile:

Chambers County District Attorney's Office
404 Washington St.
Anahuac, TX 77514
**Via Facsimile** - (409) 267-4453